

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2019

No. 04-19-00783-CV

**IN RE** Wanda **ABRAM** and all Other Occupants

Original Mandamus Proceeding[1]

**ORDER**

On November 5, 2019, relators filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on November 27, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2019.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 31E1902079, styled *WL Ventana LLC d/b/a Park at Ventana 2 v. Wanda Abram and All Other Occupants*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable Jeff Wentworth presiding.